UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
Mail America Communications, Inc,                              :
                                                               :
                                                               :     ORDER REGULATING
                                                               :     PROCEEDINGS
                                        Plaintiff,             :
                                                               :
        -against-                                              :     18 Civ. 8481 (AKH)
                                                               :
                                                               :
                                                               :
World Healing Center Church, Inc.,                             :
                                                               :
                                        Defendant.             :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On November 13, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, parties are hereby ordered to appear for a status conference on December 11, 2020 at 10 am.

        SO ORDERED.

Dated:    November 13, 2020      \_\_\_\_\_/s/ Alvin K. Hellerstein_____
              New York, New York        ALVIN K. HELLERSTEIN
                                                 United States District Judge