UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
MAIL AMERICA COMMUNICATIONS, INC.,

         Plaintiff,

 -against-

WORLD HEALING CENTER CHURCH, INC.,

         Defendants.
----------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

18 Civ. 8481 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

  On December 11, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows: motions by plaintiff for judgment on the note, showing amounts thus far paid, and motions by defendant on the basis of any defenses, are to be made by January 6, 2021. Oppositions shall be due January 22, 2021, and replies shall be due by January 29, 2021.

  SO ORDERED.

Dated: December 11, 2020     _____/s/_____
     New York, New York     ALVIN K. HELLERSTEIN
                  United States District Judge