UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAIL AMERICA COMMUNICATIONS, INC.,
                            Plaintiff,

-against-

WORLD HEALING CENTER CHURCH, INC.,
                            Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2021
```

18 CIVIL 8481 (AKH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order & Opinion dated April 7, 2021, Plaintiff's motion for summary judgment and an evidentiary preclusion order is granted. Judgment is entered for Plaintiff against Defendant in the amount of $2,993,221.74, plus interest accruing after August 31, 2018 at the rate of 4% per annum on the unpaid outstanding balance of the Promissory Note, in the amount of $311,295.06, plus costs of suit and reasonable attorney's fees, and exclusive of any accelerated or unmatured late fees or penalties; accordingly, the case is closed.

Dated: New York, New York
         April 7, 2021

                                              RUBY J. KRAJICK
                                              Clerk of Court
                       BY:
                                              Deputy Clerk