UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- X
MAIL AMERICA COMMUNICATIONS,            :
INC.,                                   :
                                        :   ORDER GRANTING JOINT
           Plaintiff,                   :   MOTION FOR ENTRY OF
                                        :   AMENDED FINAL JUDGMENT
                                        :
    v.                                  :
                                        :   18-CV-8481 (AKH)
                                        :
WORLD HEALING CENTER CHURCH             :
INC. d/b/a BENNY HINN MINISTRIES,       :
                                        :
           Defendant.                   :
-------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.

Upon consideration of the Joint Motion for Entry of Amended Final Judgment submitted by the parties, IT IS ORDERED, that the Joint Motion is granted and an amended final judgment is hereby entered in favor of Plaintiff Mail America Communications, Inc. and against Defendant World Healing Center Church, Inc., d/b/a Benny Hinn Ministries, in the amount of $3,509,574.42, plus post-judgment interest after June 30, 2021 at the rate of 9% per annum. The Clerk shall enter an amended final judgment against the Defendant in the amount set forth above.

      SO ORDERED.

Dated: _____July 19_____, 2021      /s/ Hon. Alvin K. Hellerstein
       New York, New York                       ALVIN K. HELLERSTEIN
                                                              United States District Judge