UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAIL AMERICA COMMUNICATIONS, INC.,

                Plaintiff,                18 **CIVIL** 8481 (AKH)

      -against-                **AMENDED JUDGMENT**

WORLD HEALING CENTER CHURCH, INC.
d/b/a BENNY HINN MINISTRIES,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 19, 2021, that the Joint Motion is granted and an amended final judgment is hereby entered in favor of Plaintiff Mail America Communications, Inc. and against Defendant World Healing Center Church, Inc., d/b/a Benny Hinn Ministries, in the amount of $3,509,574.42, plus post-judgment interest after June 30, 2021 at the rate of 9% per annum.

**Dated:** New York, New York
          July 20, 2021

                                        **RUBY J. KRAJICK**
                                          Clerk of Court
                        BY:
                                          **Deputy Clerk**